# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SANKARA SARANAM,

    Plaintiff,

v.                                            No. 2:17-cv-820-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER TO SEAL ADMINISTRATIVE RECORD

THIS MATTER comes before the Court upon Defendant's Motion to Seal Administrative Record (Doc. 17), filed December 5, 2017. Having considered the motion, and being otherwise fully advised in the premises, the Court FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the administrative record lodged by Defendant in the above-titled cause shall be permanently sealed.

**IT IS FURTHER ORDERED** that access to said record shall be limited to the Court and the case participants alone.

                                                      _____
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE