# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SANKARA SARANAM,

    **Plaintiff,**

  v.　　　　　　　　　　　　　　　　　　　CIV. NO. 2:17-CV-00820-KRS

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    **Defendant.**

## ORDER

Upon stipulation by the parties, it is hereby ORDERED that Plaintiff is awarded $4,759.70 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff is also awarded a $400.00 reimbursement for the cost of the filing fee, which shall be paid from the Department of Justice judgment fund. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned the EAJA fees to her attorney (a fee agreement was attached), (2) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney and delivered to:

    Sankara Saranam
    c/o Daniel S. Jones, Esq.
    Law Office of Charles E. Binder and Harry J. Binder
    485 Madison Avenue, Suite 501
    New York, NY 1022

                                            _/s/ Kevin Sweazea_
                                            Kevin R. Sweazea
                                            United States Magistrate Judge